**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES          \*
                              \*

v.                            \*        MAG. NO.
                              \*

DAVID NICKERSON      \*
                              \*
                         \*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Fed. R. Crim. P. 43(b)(2) and Standing Order 2020-06, this Court finds:

[X]  That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

[X]  That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:
1. COVID pandemic, 2. Inability to conduct in-person hearing for indefinite period, and
3. Consent of defendant.

Accordingly, the proceeding(s) held on this date may be conducted by:

[X]  Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

     [ ]  The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

     [ ]  Other:

Dated:  4/22/21

_____
Honorable Anthony R. Mautone
United States Magistrate Judge